**1448 McDONALD vs. KELBY** (Township Treasurer), No. 12349½.

To compel respondent to certify that a certain highway order had been presented for payment, and that payment had been refused, because of lack of funds, in a case where respondent claimed that the order had been paid.

Order to show cause denied November 18, 1891.

**1449 DAVOCK vs. CONTROLLER** (Detroit), No. 14815, 105 M., 120. (Certiorari to Wayne.)

To compel respondent to issue his warrant for the payment of a warrant, issued by the board of health, established by Act No. 10, Laws of 1895.

The circuit judge granted the writ. Affirmed April 26, 1895, with costs.

The case involved the constitutionality of the Act referred to.

**1450 HUTCHINSON vs. FLETCHER** (Director School District), No. 13094½.

To compel respondent to exhibit to petitioner the order-book of said district, together with the books containing the records and proceedings of the said district, and to issue and sign an order on the assessor in favor of relator for such amount as said order-book shall show that petitioner has not received.

Order to show cause denied October 4, 1892.